UNITED STATES DISTRICT COURT

WESTERN DISTRICT OF WASHINGTON

SEATTLE DIVISION

| | |
|---|---|
| SECURITIES AND EXCHANGE COMMISSION,<br><br>　　　　　Plaintiff,<br><br>v.<br><br><br>SUNG MO JUN, JOON MO JUN, JUNWOO CHON, AYDEN LEE, and JAE HYEON BAE,<br><br>　　　　　Defendants. | Case No.: 2:21-cv-01108 RAJ<br><br><br><br>**NOTICE OF RELATED CASE PURSUANT TO CIVIL LOCAL RULE 3(g)** |

NOTICE OF RELATED CASE
*SEC V. JUN ET AL.* (No. 2:21-CV-01108)

Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco CA  94104
(415) 705-2500

Pursuant to Civil Local Rule 3(g), plaintiff Securities and Exchange Commission (the "Commission") respectfully submits this Notice of Related Case:

On August 17, 2021, the United States Attorney's Office for the Western District of Washington filed an information against Sung Mo Jun, Junwoo Chon, Joon Jun, and Ayden Lee. The matter was assigned to the Honorable Richard A. Jones under Case No. CR21-135. The information alleges Sung Mo Jun, Junwoo Chon, Joon Jun, and Ayden Lee violated 15 U.S.C. § 78j(b) and 17 C.F.R. §§ 240.10b-5 and 10b5-1 by "purchasing and selling and causing the purchase and sale of securities on the basis of material non-public information about those securities and their issuer." *See* Case No. CR21-135 Dkt. #1 (Information).

On August 18, 2021, the Commission filed a civil complaint against Sung Mo Jun, Junwoo Chon, Joon Jun, Ayden Lee, and Jae Hyeon Bae. The matter was also assigned to the Honorable Richard A. Jones under Case No. 2:21-CV-01108. The Commission alleges that Sung Mo Jun, Junwoo Chon, Joon Jun, Ayden Lee, and Jae Hyeon Bae engaged in an insider trading scheme in connection with the securities of Netflix, Inc. in violation of Section 10(b) of the Securities Exchange Act of 1934 [15 U.S.C. § 78j(b)] and Rule 10b-5 thereunder [17 C.F.R. § 240.10b-5]. *See* Dkt. #1 (Complaint).

The Commission respectfully submits that the two matters concern four of the same defendants – Sung Mo Jun, Junwoo Chon, Joon Jun, and Ayden Lee – and several of the same transactions and events, and the Court may wish to consider relating the two actions.

Dated: August 23, 2021        Respectfully submitted,

　　　　　　　　　　　　　　　　　　　 */s/ Rahul Kolhatkar*
　　　　　　　　　　　　　　　　　　　Rahul Kolhatkar
　　　　　　　　　　　　　　　　　　　Securities and Exchange Commission
　　　　　　　　　　　　　　　　　　　44 Montgomery Street, Suite 2800
　　　　　　　　　　　　　　　　　　　San Francisco, California 94104
　　　　　　　　　　　　　　　　　　　Telephone: (415) 705-2500
　　　　　　　　　　　　　　　　　　　Facsimile: (415) 705-2501
　　　　　　　　　　　　　　　　　　　Email: kolhatkarr@sec.gov

NOTICE OF RELATED CASE
*SEC V. JUN ET AL.* (No. 2:21-CV-01108)

2

Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco CA 94104
(415) 705-2500

# CERTIFICATE OF SERVICE

I hereby certify that on August 23, 2021, I caused the foregoing document to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to the following:

Harold Malkin (HaroldM@calfoeakes.com)
Henry Phillips (HenryP@calfoeakes.com)
Calfo Eakes LLP
1301 Second Avenue, Suite 2800
Seattle, WA 98101
*Counsel to Defendant Sung Mo Jun*

Chris Black (chris@blacklawseattle.com)
Black & Askerov PLLC
705 2nd Ave #1111
Seattle, WA 98104
*Counsel to Defendant Junwoo Chon*

and I hereby certify that I have sent the document by email and UPS Next Day Air to the following non CM/ECF participants:

Todd Williams (twilliams@corrcronin.com)
Corr Cronin LLP
1001 Fourth Avenue, Suite 3900
Seattle, WA 98154
*Counsel to Defendant Joon Jun*

David R. Callaway (DCallaway@goodwinlaw.com)
Goodwin Proctor LLP
601 Marshall Street
Redwood City, California 94063
*Counsel to Defendant Ayden Lee*

Josh A. Cohen (jcohen@clarencedyer.com)
Clarence Dyer & Cohen LLP
899 Ellis Street
San Francisco, CA 94109
*Counsel to Defendant Jae Hyeon Bae*

3

CERTIFICATE OF SERVICE
*SEC V. JUN ET AL.* (No. 2:21-CV-01108)

Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA 94104
(415) 705-2500

1  Dated:  August 23, 2021

                                                   /s/ Rahul Kolhatkar
Rahul Kolhatkar
Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, California  94104
Telephone: (415) 705-2500
Facsimile: (415) 705-2501
Email: kolhatkarr@sec.gov
*Attorney for Plaintiff Securities and Exchange Commission*

CERTIFICATE OF SERVICE
*SEC V. JUN ET AL.* (No. 2:21-CV-01108)

4

Securities and Exchange Commission
44 Montgomery Street, Suite 2800
San Francisco, CA  94104
(415) 705-2500